```
Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)
BELLA VIERRA
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>BELLA VIERRA<br><br>Debtor(s). | Case No.: 19-51444-MEH<br><br>CHAPTER 13<br><br>**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY** |

I, BELLA VIERRA, DECLARE:

1. I am the debtor in the above captioned case.
2. I filed for bankruptcy protection on <u>July 18, 2019</u>.
3. I previously filed a bankruptcy on <u>January 2, 2017</u> (Case No. 17-10003- Western District of Texas).
4. My previous bankruptcy was dismissed on <u>May 17, 2019.</u>

- 1 -

DECLARATION OF DEBTOR

5. The previous bankruptcy was dismissed upon the motion of the Chapter 13 Trustee for Motion to Dismiss Case for Failure to Make Plan Payments.

6. I fell behind on my Chapter 13 Plan payments due to a temporary loss of income from my job and my rental income.

7. I believe that I will be able to confirm a plan expeditiously now as I have replaced this income and the only issue is a modest amount of arrears on my home.

8. I have filed this new bankruptcy in order to get the financial relief bankruptcy provides and this filing is in good faith.

I declare under penalty of perjury the foregoing is true and correct and would so testify.

Dated: July 29, 2019

                                          ___*/s/ Bella Vierra* _____
                                          Bella Vierra, Debtor

- 2 -
DECLARATION OF DEBTOR