DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BELLA GUARDIANO VIERRA

         Debtor

Chapter 13
Case No.  19-51444 MEH

TRUSTEE'S OBJECTION TO DEBTOR'S
CLAIM OF EXEMPTIONS WITH
CERTIFICATE OF SERVICE

Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the debtor's claim of exemptions for the following reasons:

1. It appears from the petition that the Debtor is married.  Debtor is claiming exemptions pursuant to Cal. Civ. Proc. Code §§703.010 -.150 and the spousal waiver required pursuant to Cal. Civ. Proc. Code §703.140(a)(2) has not been filed.  The Trustee requests that the

//

//

//

Objection to Claim of Exemptions - 19-51444 MEH

1

Debtor amend the exemptions to utilize exemptions pursuant to Cal. Civ. Proc. Code §§704.010-.210 or file the appropriate spousal waiver.

Dated: August 29, 2019 /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Debtor's Claim of Exemptions by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 29, 2019.

Said envelopes were addressed as follows:

| | |
|---|---|
| BELLA GUARDIANO VIERRA<br>2530 BERRYESSA RD BOX 272<br>SAN JOSE, CA 95132 | SEABROOK LAW OFFICES<br>2055 JUNCTION AVE, SUITE 138<br>SAN JOSE, CA 95131 |

/S/ Tania Ribeiro
Office of Devin Derham-Burk, Trustee