Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>BELLA VIERRA<br><br>Debtor(s). | Case No.: 19-51444<br>CHAPTER 13<br>**OPPOSITION TO MOTION TO DISMISS** |

**OPPOSITION TO MOTION TO DISMISS**

     DEBTOR, Bella Vierra, hereby oppose the Trustee's Motion to Dismiss.  The Debtor will move toward resolving the Trustee's Objection to Confirmation.  The Debtor respectfully requests 60 days from any hearing on the Trustee's Motion to Dismiss in order to confirm a plan.

.

RESPECTFULLY SUBMITTED:

Dated: January 9, 2020

                                                                     */s/* Paul Seabrook
                                                                       Paul Seabrook
                                                                       Attorney for Debtor(s)