Paul S. Seabrook - SBN: 296286
Seabrook Law Offices
2055 Junction Ave. Ste. 138
San Jose, CA 95131
Ph: 408-879-9039
E-mail: bankruptcy@seabrooklawoffices.com

Attorney for Debtor(s)
BELLA VIERRA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re:

BELLA VIERRA

Debtor(s).

Case No.: 19-51444-MEH

CHAPTER 13

**DECLARATION OF DEBTOR IN SUPPORT OF INCREASE IN CHAPTER 13 PAYMENTS**

I, BELLA VIERRA, DECLARE:

1. I am the debtor in the above captioned case.
2. I filed for bankruptcy protection on <u>July 18, 2019</u>.
3. In working with my attorney, I have prepared and filed a Second Amended Chapter 13 Plan that calls for 30 payments and then $3,150 per month for another 30 months.
4. I will be able to afford these payments because my son has the ability to help and will provide that support.

- 1 -
DECLARATION OF DEBTOR

5. I have filed this new bankruptcy in order to get the financial relief bankruptcy provides and this filing is in good faith.

I declare under penalty of perjury the foregoing is true and correct and would so testify.

Dated: April 1, 2020

                                          ___*/s/ Bella Vierra*_____
                                          Bella Vierra, Debtor