DEVIN DERHAM-BURK, ESQ. #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE, ESQ. #256514
NANETTE DUMAS, ESQ. #148261
JANE Z. BOHRER, ESQ. #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013
TELEPHONE:     (408) 354-4413
FACSIMILE:     (408) 354-5513

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| BELLA GUARDIANO VIERRA,<br><br>　　　　　Debtor. | CHAPTER 13 CASE NO. 19-51444 MEH<br><br>DECLARATION OF NANETTE DUMAS<br><br>Date:　March 4, 2021<br>Time:　11:00 a.m.<br>Place:　Telephonic or Video Only \*\*<br><br>Judge:　The Hon. M. Elaine Hammond |

I, Nanette Dumas, declare:

1. I am an attorney at law, duly licensed to practice before this Court. I am employed by Devin Derham-Burk, Chapter 13 Standing Trustee (the "Trustee"), as the Trustee's staff attorney.

2. I have personal knowledge of the matters contained in this Declaration, except as to those matters alleged upon information and belief and, as to those matters, I believe them to be true. If called as a witness, I could and would competently testify as to the following facts.

3. The above-captioned debtor (the "Debtor") is in default on her February 2021 and March 2021 plan payments. The Debtor's most recent payment of $2,677.50 was posted on March 5, 2021. However, the Debtor failed to meet the court-imposed deadline of March 25, 2021

to bring her payments current. As of today's date the Debtor still owes $5,994.36 through March 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 31st day of March, 2021 at Los Gatos, California.


/s/ Nanette Dumas_____
Nanette Dumas

# CERTIFICATE OF SERVICE BY MAIL
# [B.R. 7005, F.R.C.P. 5, B.L.R. 9013-3(c)]

I am not less than 18 years of age and not a party to the within case. My business address is 105 Cooper Court, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

On March 31, 2021, a true and accurate photo-copy of the following described document,

**DECLARATION OF NANETTE DUMAS**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| | |
|---|---|
| **Bella Guardiano Vierra**<br>2530 Berryessa Rd. Box 272<br>San Jose, CA 95132<br><br>DEBTOR | **Paul Seabrook, Esq.**<br>Seabrook Law Offices<br>2055 Junction Ave. #138<br>San Jose, CA 95131<br><br>COUNSEL FOR DEBTOR |

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on March 31, 2021 at Los Gatos, California.

/s/ Nanette Dumas